(6 Misc. Rep. 627.)

### SMITH et al. v. STORM et al.

(City Court of New York, General Term. January 18, 1894.)

NEGOTIABLE INSTRUMENTS—ACTIONS—PLEADING

A complaint against the indorser of a note is sufficient, on demurrer, where it alleges that the indorsement was to procure credit for a third person, and to induce plaintiffs to extend the payment of a claim then due from defendant on the credit of such indorsement.

Appeal from trial term.

Action by John J. Smith, Charles H. Smith, and Elias D. Smith against Walton Storm and others on a promissory note indorsed by said Storm. From a judgment in favor of plaintiffs, defendant Storm appeals. Affirmed.

Argued before NEWBURGER and McCARTHY, JJ.

Samuel R. Taylor, for appellant.
P. Q. & F. L. Eckerson, for respondents.

NEWBURGER, J. This action is brought on a promissory note indorsed by the defendant Storm. The complaint alleges that the indorsement was for the purpose of procuring credit for the Manhattan Athletic Club, and inducing plaintiffs to extend the payment of a claim then due from the defendant on the credit of such indorsement. The defendant demurred to the complaint, which was overruled, and, from the order entered thereon, this appeal is taken. The complaint states facts sufficient to constitute a cause of action. The objection that there is a defect of parties defendant is untenable. The authorities cited by appellant's counsel have no bearing on the issue raised by the demurrer. For these reasons, the order appealed from must be affirmed, with costs.